UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROMANTIC TOURS, INC., ) | Case No.: 11-mc-80267-LHK |
| Plaintiff, ) | |
| v. ) | ORDER DENYING REQUEST TO STAY CASE |
| ANASTASIA INTERNATIONAL, INC., ) | |
| Defendant. ) | |

On December 9, 2011, the parties jointly requested that the Court stay for sixty days all further proceedings in this action, including any ruling on Defendant's pending Motion to Quash Subpoena Duces Tecum Under Rule 45 and for a Protective Order Under Rule 26(c), because the parties wish to consider alternative resolutions to their dispute. While the Court encourages alternative dispute resolution, the parties have not shown good cause for entry of a stay on all proceedings in this action. The request for a stay is therefore DENIED. The parties are advised that they may withdraw any pending motions and furthermore may stipulate to dismiss the matter without prejudice with a tolling agreement should they wish to attempt resolution of this matter without the Court's involvement.

**IT IS SO ORDERED.**

Dated: January 3, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-mc-80267-LHK
ORDER DENYING REQUEST TO STAY CASE